# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2019

## NO.  03-19-00759-CV

**Cathy Brigham, Appellant**

**v.**

**Akbar Amin-Akbari, and 11907 Rennalee Loop, Austin, Texas 78753, Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on September 23, 2019.  Appellant filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.